**Carmen Marie HILLMER, Appellant,**

v.

**Kendall Edward HILLMER, Respondent.**

**No. 52658.**

Missouri Court of Appeals, Eastern District, Division One.

Jan. 12, 1988.

Harry Gershenson, Jr., St. Louis, for appellant.

Gary D. Bollinger, St. Louis, for respondent.

## ORDER

**PER CURIAM.**

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30 (Mo. banc 1976). An extended opinion would have no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).